UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CABRALES, MODESTO H, JR. § Case No. 11-20450
CABRALES, ESTER MARIA §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/MICHAEL G. BERLAND_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-20450   BL   Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | CABRALES, MODESTO H, JR. | Date Filed (f) or Converted (c): 05/13/11 (f) |
| | CABRALES, ESTER MARIA | 341(a) Meeting Date: 06/27/11 |
| For Period Ending: 02/05/13 | | Claims Bar Date: 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1893 Easttwick, Aurora | 159,900.00 | 0.00 | | 0.00 | FA |
| 2. Checking West Suburban Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking-Castle CU | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking-TCF | 200.00 | 0.00 | | 0.00 | FA |
| 5. Household goods-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Books, compact discs etc | 75.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 8. Earrings,watch etc | 450.00 | 0.00 | | 0.00 | FA |
| 9. Whole life Western & Southern Life | 4,020.00 | 0.00 | | 0.00 | FA |
| 10. Whoe Life Western & Southern Life | 334.00 | 0.00 | | 0.00 | FA |
| 11. Whole liife Western & Southern Life | 239.00 | 0.00 | | 0.00 | FA |
| 12. Whole life Western & Southern Life | 390.00 | 0.00 | | 0.00 | FA |
| 13. 401k with former employer | 4,000.00 | 0.00 | | 0.00 | FA |
| 14. 2000 Honda Accord | 3,125.00 | 0.00 | | 0.00 | FA |
| 15. 2000 Chrsyler Cirrus | 725.00 | 0.00 | | 0.00 | FA |
| 16. Pi lawsuits-Modesto & Ester (u)   Scheduled after aaset discovered | Unknown | 0.00 | | 150,000.00 | FA |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $176,108.00 | $0.00 | | $150,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-20450 BL Judge: Bruce W. Black | |
| Case Name: | CABRALES, MODESTO H, JR. | |
| | CABRALES, ESTER MARIA | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 05/13/11 (f) |
| 341(a) Meeting Date: | 06/27/11 |
| Claims Bar Date: | 02/29/12 |

The Trustee employed special counsel for a PI case. The case was recently settled but the Trustee has not recieved the settlement monies.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-20450 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | CABRALES, MODESTO H, JR. | | Bank Name: | Congressional Bank |
| | CABRALES, ESTER MARIA | | Account Number / CD #: | *******8654  Checking Account |
| Taxpayer ID No: | *******0398 | | | |
| For Period Ending: | 02/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/12 | 16 | Illinois Farmers Insurance Company | Payment of Ester PI settlement | 1242-000 | 100,000.00 | | 100,000.00 |
| 10/15/12 | 16 | Illinois Farmers Insurance Company | Payment of Pi settlement for PI | 1242-000 | 50,000.00 | | 150,000.00 |
| 10/23/12 | 001001 | Ester Cabrales | Payment of Ester Cabraels exemption | 8100-000 | | 18,612.00 | 131,388.00 |
| 10/23/12 | 001002 | Modesto Cabrales | Payment of Modesto Cabrales PI exemption | 8100-000 | | 15,000.00 | 116,388.00 |
| 10/23/12 | 001003 | Foote, Myers, Mielke & Flowers LLC | Payment of special counsel fee for Modesto Cabrales PI case per court order | 3210-000 | | 16,666.66 | 99,721.34 |
| 10/23/12 | 001004 | Foote, Myers, Mielke & Flowers LLC | Payment of special counsel expense for Modesto PI case per court order | 3220-000 | | 913.61 | 98,807.73 |
| 10/23/12 | 001005 | Foote, Myers, Mielke & Flowers LLC | Payment of special counsel fee for Ester Cabrales per court order | 3210-000 | | 33,333.33 | 65,474.40 |
| 10/23/12 | 001006 | Foote, Myers, Mielke & Flowers LLC | Payment of special cunsel expenses per court order | 3220-000 | | 520.75 | 64,953.65 |
| 11/02/12 | 001007 | Rawlings Company | Payment of lien per court order | 4110-000 | | 21,119.85 | 43,833.80 |
| 11/02/12 | 001008 | Rush Copley Medical Center | Payment of lien per court order | 4110-000 | | 700.00 | 43,133.80 |
| 11/02/12 | 001009 | Momentum Physical Therapy | Payment of lien per court order | 4110-000 | | 2,066.61 | 41,067.19 |
| 11/02/12 | 001010 | Oswego Fire Protection District | Payment of  lien per court order | 4110-000 | | 640.00 | 40,427.19 |
| 11/02/12 | 001011 | Dr.Phillip Morre | Payment of lien per court order | 4110-000 | | 190.00 | 40,237.19 |
| 11/02/12 | 001012 | Rawlings Company | Payment of lien for Modesto per court order | 4110-000 | | 4,543.48 | 35,693.71 |
| 11/02/12 | 001013 | Rush Copley Medical Center | Payment of lien for Modesto per court order | 4110-000 | | 4,318.67 | 31,375.04 |
| 11/02/12 | 001014 | ATI Physical Therapy | Payment of lien for Modesto per court order | 4110-000 | | 1,650.00 | 29,725.04 |
| 11/02/12 | 001015 | UNUM Life Insurance Company | Payment of lien for Modesto per court order | 4110-000 | | 2,295.76 | 27,429.28 |
| 11/02/12 | 001016 | Oswego Fire Protection District | Payment of lien for Modesto per court order | 4110-000 | | 640.00 | 26,789.28 |

Page Subtotals      150,000.00      123,210.72

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-20450 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | CABRALES, MODESTO H, JR. | | Bank Name: | Congressional Bank |
| | CABRALES, ESTER MARIA | | Account Number / CD #: | *******8654 Checking Account |
| Taxpayer ID No: | *******0398 | | | |
| For Period Ending: | 02/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/12 | 001017 | Emergency Treatment | Payment fo lien for Modesto per court order | 4110-000 | | 315.00 | 26,474.28 |
| 11/06/12 | 001018 | State Farm Insurance | Payment of lient for Modesto case per court order | 4110-000 | | 50.00 | 26,424.28 |
| 11/20/12 | | RUSH COPLEY MEDICAL CENTER | | 4110-000 | | -4,318.67 | 30,742.95 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 150,000.00 | 119,257.05 | 30,742.95 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 150,000.00 | 119,257.05 | |
| Less: Payments to Debtors | | 33,612.00 | |
| Net | 150,000.00 | 85,645.05 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********8654 | 150,000.00 | 85,645.05 | 30,742.95 |
| | 150,000.00 | 85,645.05 | 30,742.95 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   -3,953.67

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 05, 2013 |

Case Number: 11-20450　　　Claim Class Sequence
Debtor Name: CABRALES, MODESTO H, JR.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $11,489.55 | $11,489.55 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $8,144.38 | $8,144.38 |
| 000003<br>070<br>7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $0.00 | $1,895.01 | $1,895.01 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $540.79 | $540.79 |
| 000005<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $4,526.38 | $4,526.38 |
| 000006<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,569.00 | $2,569.00 |
| 000007<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,567.59 | $1,567.59 |
| 000008<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,235.75 | $1,235.75 |
| 000009<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,854.02 | $1,854.02 |
| 000010<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $171.50 | $171.50 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 05, 2013

Case Number: 11-20450
Debtor Name: CABRALES, MODESTO H, JR.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $550.55 | $550.55 |
| 000012 070 7100-00 | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $0.00 | $3,760.73 | $3,760.73 |
| | Case Totals: | | | $0.00 | $38,305.25 | $38,305.25 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-20450
Case Name: CABRALES, MODESTO H, JR.
               CABRALES, ESTER MARIA
Trustee Name: MICHAEL G. BERLAND

        Balance on hand                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000007 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000008 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000009 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000010 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000011 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000012 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE