UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CABRALES, MODESTO H, JR. §   Case No. 11-20450
CABRALES, ESTER MARIA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/15/2013 in Courtroom ,
          United States Courthouse
          Joliet City Hall
          150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013          By: /s/ Michael G. Berland
                                                    Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CABRALES, MODESTO H, JR. § Case No. 11-20450
CABRALES, ESTER MARIA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 150,000.00 |
| and approved disbursements of | $ | 119,257.05 |
| leaving a balance on hand of[1] | $ | 30,742.95 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 9,069.40 | $ 0.00 | $ 9,069.40 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 100.00 | $ 0.00 | $ 100.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,169.40 |
| Remaining Balance | $ 21,573.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,305.25  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  56.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $        11,489.55 | $              0.00 | $         6,470.92 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $         8,144.38 | $              0.00 | $         4,586.92 |
| 000003 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $         1,895.01 | $              0.00 | $         1,067.27 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $           540.79 | $              0.00 | $           304.58 |
| 000005 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $         4,526.38 | $              0.00 | $         2,549.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 2,569.00 | $ 0.00 | $ 1,446.86 |
| 000007 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,567.59 | $ 0.00 | $ 882.87 |
| 000008 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,235.75 | $ 0.00 | $ 695.98 |
| 000009 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,854.02 | $ 0.00 | $ 1,044.19 |
| 000010 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 171.50 | $ 0.00 | $ 96.59 |
| 000011 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 550.55 | $ 0.00 | $ 310.07 |
| 000012 | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | $ 3,760.73 | $ 0.00 | $ 2,118.04 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 21,573.55 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-20450-BWB
Modesto H Cabrales                                                    Chapter 7
Ester Maria Cabrales
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen                Page 1 of 3                Date Rcvd: Feb 06, 2013
                              Form ID: pdf006             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
```
db/jdb     +Modesto H Cabrales, Jr.,   Ester Maria Cabrales,   1893 Eastwick Lane,   Aurora, IL 60503-8537
17272297   +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
18368972    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17272294   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
18263140   +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
19622864   +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
17572696   +Castle Orthopaedics,   Attn: Bankruptcy Dept,   2111 Ogden Ave,   Aurora, IL 60504-7597
18285486    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17272290   +Chase-Tjx,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
17572697   +Emergency Treatment SC,   Bankruptcy Department,   900 Jorie Blvd,   Suite 220,
             Oak Brook, IL 60523-3846
17272280   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
17272281   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
17272303   +Guardian Anesthesia Assoc.,   Bankruptcy Department,   185 Penny Ave.,
             East Dundee, IL 60118-1455
17410276   +HSBC Bank Nevada, N.A.,   c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
18533616   +HSBC Bank Nevada, N.A. (Menards),   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
17272284   +HSBC/Mnrds,   Attn: Bankruptcy Dept.,   90 Christiana Rd,   New Castle, DE 19720-3118
19927245    Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
17572698   +Oswego Fire Protection,   Attn: Bankruptcy Dept,   PO Box 457,   Wheeling, IL 60090-0457
17572693   +Quest Diagnostics,   Bankruptcy Department,   PO Box 809403,   Chicago, IL 60680-9403
17272302   +Rush Copley Medical Center,   Bankruptcy Department,   2000 Ogden Avenue,   Aurora, IL 60504-7222
17272285   +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
17272301   +Surgical Health Associates,   Attn: Bankruptcy Dept.,   2020 Ogden Ave Suite 210,
             Aurora, IL 60504-5895
17375251    T-Mobile,   Bankruptcy Department,   PO Box 742596,   Cincinnati, OH 45274-2596
17272282   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
17272300   +UNVL/CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
17272304    Valley Imaging Consultants LLC,   Bankruptcy Department,   7808 W. College Dr.,
             Palos Heights, IL 60463-1027
17272278   +West Suburban Bank,   Attn: Bankruptcy Dept.,   711 S Westmore Ave,   Lombard, IL 60148-3770
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18132767    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:04:57    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17272286   +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:04:57    Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
18456096    E-mail/PDF: rmscedi@recoverycorp.com Feb 07 2013 02:02:10    GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17272296   +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:01:17    GEMB/CARE CREDIT,
             Attn: Bankruptcy Dept.,   950 Forrer Blvd,   Kettering, OH 45420-1469
17272288   +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:05:52    GEMB/JCP,   Attn: Bankruptcy Dept.,
             Po Box 984100,   El Paso, TX 79998-4100
17272292   +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:03:28    GEMB/MEIJER DC,
             Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
17272289   +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:05:52    GEMB/OLD NAVY,
             Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
17272287   +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:02:08    GEMB/SAMS CLUB,
             Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
17272293   +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:01:17    GEMB/WALMART DC,
             Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
17272283   +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 07 2013 01:55:42     Kohls/Chase,
             Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17272305   +E-mail/Text: mmrgbk@miramedrg.com Feb 07 2013 02:25:10    MiraMed Revenue Group,
             Bankruptcy Department,   Dept. 77304, PO Box 77000,   Detroit, MI 48277-2000
19927246    E-mail/PDF: rmscedi@recoverycorp.com Feb 07 2013 02:02:09
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 12
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17272299*   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
17272298*   +Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
17272291*   +GEMB/JCP,   Attn: Bankruptcy Dept.,   Po Box 984100,   El Paso, TX 79998-4100
17272295*   +Kohls/Chase,   Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1          User: cgreen              Page 2 of 3                   Date Rcvd: Feb 06, 2013
                              Form ID: pdf006           Total Noticed: 39

17272279     ##+Citimortgage Inc.,   Attn: Bankruptcy Dept.,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                       TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: cgreen              Page 3 of 3                  Date Rcvd: Feb 06, 2013
                               Form ID: pdf006           Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2013 at the address(es) listed below:

```
              Alex   Wilson    on behalf of Debtor Modesto H Cabrales, Jr. ndil@geracilaw.com
              Alex   Wilson    on behalf of Joint Debtor Ester Maria Cabrales ndil@geracilaw.com
              David   Melcer    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Gina B Krol, ESQ    on behalf of Creditor    West Suburban Bank gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 6
```